**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| PAUL ISON, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:16-CV-1141-M-BH |
| | ) |
| CHIEF U.S. MARSHAL, et al., | ) |
| | ) |
| Defendants. | ) Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Application to Proceed In Forma Pauperis*, filed April 27, 2016 (doc. 4), is **DENIED**, and the case will be dismissed by separate judgment for failure to prosecute or follow court orders.

**SIGNED this 11th day of July, 2016.**

BARBARA M. G. LYNN
CHIEF JUDGE